IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHRISTOPHER LEON CORE,　　　　　)
　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　)　　CIVIL ACT. NO. 3:18cv628-ECM
　　　　　　　　　　　　　　　　　)　　　　　　　　[WO]
DR. JOHN MCFARLAND, *et al.*,　　)
　　　　　　　　　　　　　　　　　)
　　　Defendants.　　　　　　　　　)

## OPINION and ORDER

This case is before the court on a Recommendation of the Magistrate Judge entered on October 3, 2018.  (Doc. # 13).  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of the court and to prosecute this action.

Final Judgment will be entered accordingly.

DONE this 29th day of October, 2018.

　　　　　　　　　　　　/s/ Emily C. Marks
　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE